IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL MYVETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.   12 CV 9464 |
| vs. | ) | |
| | ) | JUDGE THARP |
| CHICAGO POLICE DETECTIVE EDWARD | ) | |
| HEERDT, STAR NO. 20598; et al., | ) | MAG. JUDGE MARTIN |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff, PAUL MYVETT, by and through his attorneys, , LAW OFFICES OF JEFFREY J. NESLUND and LAW OFFICES OF ROBERT L. ROBERTSON, respectfully moves this Honorable Court, to enter an Order in support of the following:

1. Plaintiff, PAUL MYVETT, voluntarily dismisses Count I (False Arrest/Unlawful Detention) of his First Amended Complaint, with prejudice.

2. Plaintiff further dismisses Defendants Chicago Police Officer George Kalfas, Star No. 19329 and Chicago Police Officer Patrick Barker, Star No. 1390 from Count IV only (Malicious Prosecution) of his First Amended Complaint, with prejudice.

Respectfully submitted,

/s/ Jeffrey J. Neslund
Jeffrey J. Neslund
One of the Attorneys for Plaintiff

Jeffrey J. Neslund
Law Office of Jeffrey J. Neslund
20 North Wacker Drive, Suite 3710
Chicago, Illinois 60606
(312) 223-1100

1

Robert Robertson
Law Office of Robert Robertson
20 North Wacker Drive, Suite 3710
Chicago, Illinois 60606
(312) 223-8600