**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAUL MYVETT, ) | |
| ) | Case No. 12 C 09464 |
| Plaintiff, ) | |
| ) | JUDGE THARP |
| v. ) | |
| ) | |
| CHICAGO POLICE DETECTIVE EDWARD ) | |
| HEERDT, Star No. 20598, et al., ) | |
| ) | |
| Defendants. ) | |

## EMERGENCY MOTION TO RESET TRIAL DATE

Defendants Edward Heerdt, Lloyd Almdale, George Kalfas, Patrick Barker, and the City of Chicago ("Defendants"), through one of their attorneys, Scott A. Cohen, Assistant Corporation Counsel, move this Honorable Court to reset the current trial date, and in support thereof state as follows:

1. The pretrial order and motions *in limine* are currently due on January 22, 2016. Responses to motions *in limine* are due on January 29, 2016. The pretrial conference is set for February 5, 2016. (Docket #100).

2. The trial in this case is set for February 16, 2016. (Docket #97).

3. On January 20, 2016, Tiffany Harris, the lead attorney for Defendants, experienced a death in the family.

4. In light of this, Defendants ask that this Court reset the trial date so that Ms. Harris may be able to properly prepare for trial. Ms. Harris is currently unable to participate in the drafting of the pretrial order or the motions *in limine*.

WHEREFORE, Defendants request a hearing for the purpose of resetting the trial date, and for any other relief this Court deems appropriate.

                Respectfully submitted,

                /s/ Scott A. Cohen
                Scott A. Cohen
                Assistant Corporation Counsel
                *Attorney for Defendants*

City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. La Salle St., Suite 900
Chicago, Illinois 60602
T: (312) 744-2568