# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Paul Myvett

                           Plaintiff,

v.                                                    Case No.: 1:12–cv–09464
                                                   Honorable John J. Tharp Jr.

Edward Heerdt, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 26, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr:Jury trial concluded. Jury returns a verdict as to each of the following claims of the Plaintiff: On Plaintiff's Due Process Claim, for the Plaintiff and against Defendant Almdale and against the Plaintiff as to Defendants Heerdt and Barker; On Plaintiff's Conspiracy Claim, against the Plaintiff as to Defendants Almdale, Heerdt and Barker; and on Plaintiff's Malicious Prosecution Claim, for the Plaintiff as to Defendants Almdale and Heerdt. Jury awards compensatory damages of $100,000 on the Due Process Claim and $200,000 on the Malicious Prosecution Claim. No punitive damages are awarded. Judgment entered. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.